UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

SUSANA ETEVOB, et al.,

                    Plaintiff,

Case No. 03cv1680 (TPG)

-against-

THE REPUBLIC OF ARGENTINA AND THE PROVINCE OF BUENOS   Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

        Gary S. Snitow
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: GS3507          My State Bar Number is: 4411419

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Milberg LLP
                FIRM ADDRESS: One Pennsylvania Plaza, NY, NY 10119-0165
                FIRM TELEPHONE NUMBER: (212) 594-5300
                FIRM FAX NUMBER: (212) 868-1229

NEW FIRM:    FIRM NAME: Snitow, Kanfer & Holtzer
                FIRM ADDRESS: 575 Lexington Avenue, 14th Fl., NY, NY 10022
                FIRM TELEPHONE NUMBER: (212) 317-8500
                FIRM FAX NUMBER: (212) 317-1308

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 10, 2013                /s/ Gary S. Snitow
                                            ATTORNEY'S SIGNATURE